PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. BRANDON S. LONG            Docket Number: 04-cr-00372-REB-01

**Petition for Issuance of Summons Due to Violations of Supervised Release**

     COMES NOW, Gary L. Burney, probation officer of the court, presenting an official report upon the conduct and attitude of Brandon S. Long who was placed on supervision by the Honorable Robert E. Blackburn sitting in the court at Denver, Colorado, on the 18th day of November 2005, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.      The defendant shall enroll in and complete an educational or vocational program, as directed and approved by the Probation Department.

On March 3, 2006, the court modified the defendant's supervised release conditions by adding the following condition:

2.      The defendant will participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

On October 1, 2007, the court modified the defendant's supervised release conditions by adding the following condition:

3.      The defendant shall reside in a residential reentry center for a period of up to six (6) months to commence as directed by the Probation Office, and shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant to appear at a supervised release violation hearing.

                     ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 23rd day of May 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Gary L. Burney |
| | Gary L. Burney |
| | U.S. Probation Officer |
| s/ Robert E. Blackburn | |
| Honorable Robert E. Blackburn | Place: Denver, Colorado |
| U.S. District Judge | |
| | Date: May 22, 2008 |

**ATTACHMENT**

On November 18, 2005, the defendant was sentenced to time served (296 days) and three years supervised release. On that same date, the conditions of supervised release were read and explained to the defendant and he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them.

On March 3, 2006, the Court modified the defendant's supervised release conditions by adding the following condition:

The defendant will participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

On October 1, 2007, the Court modified the defendant's supervised release conditions by adding the following condition:

The defendant shall reside in a residential reentry center for a period of up to six (6) months to commence as directed by the Probation Office, and shall observe the rules of that facility.

The defendant has committed the following violations of supervised release:

**1.      FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AND TREATMENT:**

On or about January 30, 2008, February 18, 2008, March 10, 2008, and April 13, 2008, the defendant failed to participate in substance abuse testing at Correctional Management Incorporated (CMI), Denver, Colorado, by his failure to submit a urine samples as directed, each of which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to call the treatment agency daily to see if his urine testing code is called. If his designated code is called, he is required to report that same day before the agency closes.

On January 30, 2008, February 18, 2008, and April 13, 2008, the defendant's urine testing code was called, but he failed to report for testing on those dates.

Additionally, on March 10, 2008, the defendant reported to CMI to provide a random urine sample. However, while providing the urine sample, the observing CMI staff member identified a "device" concealed in the defendant's pants, and subsequently asked the defendant to give him the device. The defendant refused the staff member's request and left the testing site. The defendant denied having a "device" and thereby attempting to tamper with his urine specimen. The defendant failed to submit a urine sample as directed.

**2.      FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AND TREATMENT:**

On or about November 14, 2007, and January 22, 2008, the defendant failed to participate in substance abuse treatment at CMI, Denver, Colorado, by his failure to attend substance abuse treatment as directed, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing. Following his substance abuse intake assessment, the evaluator recommended that he begin substance abuse treatment. He was therefore directed to attend treatment as recommended until successfully discharged.

On November 14, 2007, and January 22, 2008, the defendant was scheduled to attend substance abuse treatment at CMI. He failed to attend these sessions.

### 3. POSSESSION AND USE OF A CONTROLLED SUBSTANCE:

On or about July 5, 2007, the defendant used or administered a controlled substance, marijuana, which had not been prescribed to him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to submit to random urine testing.

On July 5, 2007, the defendant provided a urine sample at CMI, Denver, Colorado, which tested positive for marijuana. On July 30, 2007, the defendant was confronted on this positive test and admitted to use of this drug.

### 4. POSSESSION AND USE OF A CONTROLLED SUBSTANCE:

On or about July 20, 2007, the defendant used or administered a controlled substance, marijuana, which had not been prescribed to him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to submit to random urine testing.

On July 20, 2007, the defendant provided a urine sample at CMI, Denver, Colorado, which tested positive for marijuana. On August 3, 2007, the defendant was confronted on this positive test and admitted to use of this drug.

### 5. POSSESSION AND USE OF A CONTROLLED SUBSTANCE:

On or about August 17, 2007, the defendant used or administered a controlled substance, marijuana, which had not been prescribed to him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to submit to random urine testing.

On August 17, 2007, the defendant provided a urine sample at CMI, Denver, Colorado, which tested positive for marijuana. On September 14, 2007, the defendant was confronted on this positive test and admitted to use of this drug.

6. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE**:

On or about August 29, 2007, the defendant used or administered a controlled substance, marijuana, which had not been prescribed to him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to submit to random urine testing.

On August 29, 2007, the defendant provided a urine sample at CMI, Denver, Colorado, which tested positive for marijuana. On September 14, 2007, the defendant was confronted on this positive test and admitted to use of this drug.

7. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about September 14, 2007, the defendant used or administered a controlled substance, marijuana, which had not been prescribed to him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to submit to random urine testing.

On September 14, 2007, the defendant provided a urine sample at CMI, Denver, Colorado, which tested positive for marijuana. On September 28, 2007, the defendant was confronted on this positive test and admitted to use of this drug.

8. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about October 24, 2007, the defendant used or administered a controlled substance, marijuana,

which had not been prescribed to him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to submit to random urine testing.

On October 24, 2007, the defendant provided a urine sample at CMI, Denver, Colorado, which tested positive for marijuana. On November 2, 2007, the defendant was confronted on this positive test and admitted to use of this drug.

### 9.     POSSESSION AND USE OF A CONTROLLED SUBSTANCE:

On or about March 13, 2008, the defendant used or administered a controlled substance, marijuana, which had not been prescribed to him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 22, 2005, the defendant submitted a urine sample that tested positive for marijuana. Consequently, on March 3, 2006, the defendant's supervised release conditions were modified to include substance abuse testing and treatment. Immediately following this modification, the defendant was referred for substance abuse treatment and testing which requires the defendant to submit to random urine testing.

On March 13, 2008, the defendant provided a urine sample at CMI, Denver, Colorado, which tested positive for marijuana. On March 28, 2008, the defendant was confronted on this positive test and admitted to use of this drug.